IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 22 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-CV-00206
(To be supplied by the court)

Michael James Ratchford, Applicant,

v.

Colorado Department of corrections
And/or Park County Detention center, Respondent(s).

---

## PRISONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915 IN A HABEAS CORPUS ACTION

---

I request leave to commence this habeas corpus action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. I have Minus $-173.20 (amount) in my prison account.

(Rev. 4/15/02)

4. My other assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

None, 0-dollars, 0-Assets

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on JAN. 16th 2007
(Date)

Michael Ratchford
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certificate of the warden or other appropriate officer of the institution in which you are confined as to the amount of money or securities currently on deposit in your inmate trust fund account (or institutional equivalent).

**RESIDENT RECEIVABLE REPORT**



**Park County Jail**
**01/18/07 10:43**
**ST 001 / OPR DKE**

OCA # or DOC # : 0006350
Resident Name : RATCHFORD, MICHAEL
Time Frame : 08/13/2005 14:42 - 01/18/2007 10:43

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|---|---|---|---|---|---|---|
| 09/01/2005 | 13:53 | Postage | Receivable Charge | 3.95 | 3590 | A110603 |
| 09/01/2005 | 13:53 | Postage | Receivable Payment-Resident | 3.95 | 3590 | A110603 |
| 11/10/2005 | 14:00 | Copies | Receivable Charge | 8.00 | 3590 | A116670 |
| 11/10/2005 | 14:00 | Copies | Receivable Payment-Resident | 6.80 | 3590 | A116670 |
| 11/10/2005 | 14:06 | Copies | Receivable Charge-Reversal | 2.30 | ST | A116671 |
| 11/10/2005 | 14:06 | Copies | Recv Payment Reversal-Resident | 1.10 | ST | A116671 |
| 12/01/2005 | 08:41 | Copies | Receivable Charge | 16.40 | dke | A118135 |
| 12/01/2005 | 08:41 | Copies | Receivable Payment-Resident | 2.36 | dke | A118135 |
| 12/08/2005 | 20:41 | Copies | Receivable Payment-Resident | 12.50 | 3582 | A118659 |
| 01/05/2006 | 14:42 | Doctor Visit | Receivable Charge | 10.00 | mdj | A119979 |
| 01/05/2006 | 14:42 | Doctor Visit | Receivable Payment-Resident | 0.58 | mdj | A119979 |
| 01/07/2006 | 23:41 | Meds | Receivable Charge | 0.25 | 3582 | A120106 |
| 01/07/2006 | 23:41 | Meds | Receivable Payment-Resident | 0.25 | 3582 | A120106 |
| 01/10/2006 | 10:49 | Meds | Receivable Charge | 0.25 | 3590 | A120313 |
| 01/10/2006 | 10:49 | Meds | Receivable Payment-Resident | 0.25 | 3590 | A120313 |
| 01/19/2006 | 13:39 | Meds | Receivable Charge | 10.00 | 3590 | A120873 |
| 01/19/2006 | 13:39 | Meds | Receivable Payment-Resident | 0.31 | 3590 | A120873 |
| 01/31/2006 | 12:03 | Copies | Receivable Charge | 5.00 | dke | A121575 |
| 01/31/2006 | 12:03 | Copies | Receivable Payment-Resident | 0.24 | dke | A121575 |
| 04/26/2006 | 01:15 | Meds | Receivable Charge | 0.50 | kh | D9812 |
| 04/26/2006 | 01:15 | Meds | Receivable Payment-Resident | 0.18 | kh | D9812 |
| 04/26/2006 | 01:18 | Meds | Receivable Charge | 0.50 | kh | D9816 |
| 04/26/2006 | 01:18 | Meds | Receivable Payment-Resident | 0.13 | kh | D9816 |
| 04/29/2006 | 21:44 | Copies | Receivable Payment-Resident | 1.66 | 3584 | A127256 |
| 04/29/2006 | 21:44 | Doctor Visit | Receivable Payment-Resident | 1.67 | 3584 | A127256 |
| 04/29/2006 | 21:44 | Meds | Receivable Payment-Resident | 1.67 | 3584 | A127256 |
| 05/02/2006 | 00:48 | Meds | Receivable Charge | 0.50 | kh | D10147 |
| 05/02/2006 | 00:48 | Meds | Receivable Payment-Resident | 0.50 | kh | D10147 |
| 05/15/2006 | 01:31 | Meds | Receivable Charge | 0.50 | kh | D10672 |
| 05/15/2006 | 01:31 | Meds | Receivable Payment-Resident | 0.14 | kh | D10672 |
| 05/23/2006 | 03:51 | Meds | Receivable Charge | 0.25 | kh | D11051 |
| 05/23/2006 | 03:51 | Meds | Receivable Payment-Resident | 0.10 | kh | D11051 |
| 05/23/2006 | 03:54 | Meds | Receivable Charge | 0.50 | kh | D11055 |
| 05/23/2006 | 03:54 | Meds | Receivable Payment-Resident | 0.08 | kh | D11055 |
| 05/23/2006 | 04:18 | Meds | Receivable Charge | 0.25 | kh | D11071 |
| 05/23/2006 | 04:18 | Meds | Receivable Payment-Resident | 0.06 | kh | D11071 |
| 05/30/2006 | 03:52 | Meds | Receivable Charge | 0.25 | kh | D11389 |
| 05/30/2006 | 03:52 | Meds | Receivable Payment-Resident | 0.04 | kh | D11389 |
| 06/13/2006 | 02:58 | Meds | Receivable Charge | 0.50 | kh | D12005 |
| 06/13/2006 | 02:58 | Meds | Receivable Payment-Resident | 0.03 | kh | D12005 |
| 06/13/2006 | 03:05 | Meds | Receivable Charge | 0.50 | kh | D12012 |
| 06/13/2006 | 03:05 | Meds | Receivable Payment-Resident | 0.02 | kh | D12012 |
| 06/13/2006 | 03:13 | Meds | Receivable Charge | 0.25 | kh | D12020 |
| 06/13/2006 | 03:13 | Meds | Receivable Payment-Resident | 0.02 | kh | D12020 |
| 06/13/2006 | 03:29 | Meds | Receivable Charge | 0.50 | kh | D12031 |
| 06/13/2006 | 03:29 | Meds | Receivable Payment-Resident | 0.02 | kh | D12031 |
| 06/13/2006 | 03:40 | Meds | Receivable Charge | 0.25 | kh | D12044 |
| 06/13/2006 | 03:40 | Meds | Receivable Payment-Resident | 0.01 | kh | D12044 |
| 06/13/2006 | 03:53 | Meds | Receivable Charge | 0.25 | kh | D12055 |
| 06/13/2006 | 03:53 | Meds | Receivable Payment-Resident | 0.01 | kh | D12055 |
| 06/13/2006 | 03:55 | Meds | Receivable Charge | 0.25 | kh | D12058 |
| 09/18/2006 | 08:33 | Copies | Receivable Charge | 20.00 | dke | A136754 |
| 09/18/2006 | 08:33 | Copies | Receivable Charge | 5.00 | dke | A136754 |
| 09/18/2006 | 08:33 | Copies | Receivable Charge | 5.00 | dke | A136754 |
| 09/18/2006 | 08:33 | Copies | Receivable Charge | 15.00 | dke | A136754 |
| 09/18/2006 | 08:33 | Copies | Receivable Charge | 1.00 | dke | A136754 |
| 09/18/2006 | 08:33 | Copies | Receivable Charge | 1.00 | dke | A136754 |
| 09/18/2006 | 08:35 | Copies | Receivable Charge | 21.60 | dke | A136755 |

**RESIDENT HISTORY REPORT**



**Park County Jail**
**01/18/07 10:42**
**ST 001 / OPR DKE**

OCA # or DOC # : 0006350
Resident Name : RATCHFORD, MICHAEL
Time Frame : 08/13/2005 14:42 - 01/18/2007 10:42

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/02/2006 | 17:15 | Rec Payment | 1 | slc | A139658 | 7.50 | 22.54 |
| 11/07/2006 | 03:10 | Order | 1 | 3589 | A139967 | 15.29 | 7.25 |
| 11/14/2006 | 01:28 | Order | 1 | 3589 | A140291 | 6.99 | 0.26 |
| 12/07/2006 | 14:52 | Rec Payment | 1 | dke | A141830 | 0.06 | 0.20 |
| 12/15/2006 | 18:24 | Order | 4 | slc | D20063 | 0.00 | 0.20 |
| 12/15/2006 | 18:24 | Rec Payment | 4 | slc | D20064 | 0.20 | 0.00 |
| 12/21/2006 | 18:40 | Order | 4 | slc | D20322 | 0.00 | 0.00 |
| 01/08/2007 | 18:48 | Order | 4 | 0202 | D20904 | 0.00 | 0.00 |
| 01/15/2007 | 19:40 | Order | 4 | slc | D21107 | 0.00 | 0.00 |

This Reflects A Negative Balance As All these Are charges Not Deposits.

DE.

****** RESIDENT COPY ******

PAK Order
Receipt # D21107

Park County Jail
[illegible]:40:30
ST 004 / OPR SLC

RATCHFORD,
MICHAEL

OCA # or DOC # : 0006350
Date of Birth : 02/07/1958
Location :

| PAK | PAK NAME | QTY | SUB-TOTAL |
|---|---|---|---|
| 8 | Mail Pak | 1 | 1.56 |

Sub-Total 1.56
Tax 0.00

Total 1.56

[illegible] $173.20
Commissary Balance : $0.00

****** RESIDENT COPY ******

Receivable Charge
Receipt # A144145

Park County Jail
01/18/2007 10:41:48
ST 001 / OPR DKE

RATCHFORD,
MICHAEL

OCA # or DOC # : 0006350
Date of Birth : 02/07/1958
Location :

Copies -
Old Bal : $166.98
Charged : + $25.40
Collected : - $0.00
New Bal : $192.38

Comment : LEGAL COPIES

Total Collected : $0.00

Debt Balance : $213.60
Commissary Balance : $0.00

****** RESIDENT COPY ******

Receivable Charge
Receipt # A144028

Park County Jail
01/16/2007 12:47:12
ST 001 / OPR BC

RATCHFORD,
MICHAEL

OCA # or DOC # : 0006350
Date of Birth : 02/07/1958
Location :

Copies -
Old Bal : $151.98
Charged : + $15.00
Collected : - $0.00
New Bal : $166.98

Comment : legal copies

Total Collected : $0.00

Debt Balance : $188.20
Commissary Balance : $0.00