Opening Statement

~~Explanation To:~~

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 9 2007

**07 - CV - 00206**

GREGORY C. LANGHAM
CLERK

To your Honorable Court ~~And Honorable~~
Justices:

Please excuse my unProfessionalism, But
I have No Idea how to explain this claim to you except
in story Form. I also do not Know exactly what
claims I can make at this time before this Honor-
-Able court. Because I do not have the materials
available to me in Park County detention center to
make a Better case As the Park county detention
centers Law Library is terribly sub standard if
Not completely defunct

I hope that I Present these Facts And
explanations Legally, concisely And Properly
enough for your Honorable Justices to make
A Prompt And Just decision. I have included
All materials, Judgement orders, mittimi, time sheets
And letters that I think you'll need to do so.

Thank you For your careful consideration
in this matter.     Sincerely   Michael Ratchford

Michael Ratchford

**RECEIVED Page # 00**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

1 / 18 / 2007

JAN 2 2 2007

GREGORY C. LANGHAM
CLERK

Defendant Refers to self As I, or, Defendant

# Explanation 1, a.

I, Michael James Ratchford was Arrested Westminster Police on 8-4-2000 And Remanded to Jefferson county Detention Facility, on the Charge of Felony Theft. I was convicted of said charge on 3/15/2001 in A trial By Jury. on this date of conviction Judge Woodford Revoked my Bond. I had previously bonded out on these charges in conJunction with concurrent charges in Denver so that Denver would end up being my Presiding case. I did Not Actually Leave custody at the time I Just Left the custody of Jefferson county to the custody of Denver untill trial And conviction took place in Jefferson County. At the time of conviction in Jefferson county I was sent back Again to Denver and A sentencing trial was set for 4/23/2001 on said date Defendant was sentenced to the Department of corrections For A period of 6 years and Mandatory Parole Period of three years

**Page #   1.**

# Explanation 1, a.

Again Defendant was sent back to Denver county. Defendant made a Plea (to case Number 00CR2128) of Guilt For a sentence of 18 months county jail to run concurrent with Jefferson County case number 20302000CR001956 D.O.C. sentence of six years. Apparantly a mistake was made in the warrant of committment or sentencing order, or somewhere Because Defendant served his total 18 month sentence in Denver County without even being sent to D.R.D.C. Defendant Repeatedly tried to make contact with MR. Wilfredo Rios in Jefferson county. I Attempted to call MR Rios three times a day for the next 11½ months and left a message on his Recorder every time. Defendant only made contact with MR. Rios once in all his Attempts. MR. Rios assured the Defendant he would make whatever proper Adjustments to Rectify the Problem. This did not happen and

**Page #** _2_

# Explanation 1, a.

Arapahoe county case
number 00T1=3666

defendant was never able to make personal contact with MR. Rios again. Defendants Repeated Attempts And letters were never Returned. When defendants Sentence in Denver was completed he was Released to the custody of Arapahoe County Sheriffs where he faced charges for an overdue Traffic tickets. After serving three Days Defendant was Released From Custody (At No Fault of his own). Because defendant did not understand how he could have been Released he went to the Family Attorney to seek advice. Family Atty. advised defendant to go home And instructed him to talk to the Sheriff were defendant lives and Resides. As defendant lives and operates A Restaurant directly Across the street From the count house and Sheriffs office in A very small town) it would be impossible to go undetected. Defendant went to the sheriffs office on the third day after his mistaken release From custody and explained to the Sheriff

**Page # __3__**

# Explanation 1, a.

What had happened. defendant was Arrested on Local misdemeanor charges that defendant pled guilty to And was sentenced to sixty days on 11-19-01 (no case number) After the local sheriff and Judge were satisfied there was no warrent of comittment in this case 38 days of defendants sentence was suspended And After serving 22 days I was Released Again. I went home and tried to reestablish myself in A community where everyone knows me.. I did not try to Flee the state or country or change my Residence name or where I worked. I'm sure this displays the type of behaviour that is condcive with the mistaken Release From Custody Precident cases First Established in 1930 And thereby Qualifies defendant to All time served in Denver, Arapahoe Grand County and Time At Liberty.. Defendant was ReArrested on An old warrent for Attempted Possession case Number D0162002CR003616

*sorry*

## Page # __4__

# Explanation 1, a.

on 7/30/2002 defendant Pled out to said charges 12/13/2002 Four months 'After' he was inducted into Department of corrections For the Jefferson county case he was sentenced on in 2001 When Defendant was inducted into D.R.D.C. He was never credited any Pre or Post sentence confinement time For time spent in Denver County Awaiting induction Before Mistaken Release From custody. As the D.R.D.C. time computation sheet shows defendant was inducted on And began sentence on 7/31/2002 And the only confinement credit awarded to his sentence was the 113 days ~~the~~ Pre sentence confinement time defendant spent in Jefferson County before Bonding over to Denver Jurisdiction After Defendants Appeal And certiorari were denied defendant got a Reduction of sentence See Mittimus number two And sentence Reduction order. He then Applied For credits time served For Post sentence confinement on his

**Page # 5**

# Explanation 1, a.

35-C Post conviction Relief, Defendant Raised the issue of ineffectual Assistance of council but was denied As Judge woodfords opinion was that MR. Rios wouldn't have done Any of the things defendant claimed (Although I believe his lack of Any Action or Response After A period of 12 months And As many As 1,000 one thousand Attempts by defendant to Make contact clearly speaks for itself) And that Defendant never brought up the issue Before. But if your honors will take Notice Defendant clearly Brought up the issue of Being terribly misrepresented in his 35 B motion (Highlighted) And Judge woodford makes Reference to it. He also denies defendant credits for time served in the county of Denver And Good time credits on the Premise he didn't under--stand what the defendant was Asking For. Not to be in contempt but Personally I highly doubt whether Any one could Not understand A

**Page # ___6___**

# Explanation 1, a.

Story that I have explained take Reference
From this one For example. Anyway I did
Not Request time at Liberty credits, because
At the time I was ignorant to the Fact of
there existance on the one continuous sentence
Couenantees of the Constitution and Equal
Protection. I knew I had served Double
Jeopardy Already I Just wasn't sure how
much. As I stated in my Application I was
Released to I.S.P. and violated on 6/9/2005
I have Remained incarcerated in the Park County
Jail since on the charge of escape untill
10/30/2006 case number D0472005CR00009 6
when case was disposed of as Attempted escape
And Defendant was sentenced to 1 year D.O.C.
And one year mandatory parole with credit
For 495 days the 495 days was As of
10/30/2006 that number should Reflect
A 79 day increase (to date) for a total
of 574. Defendant wanted to take these

## Page # _7_

# Explanation 1, a.

Charges to trial. Because he doesn't feel he CAN escape From I.S.P. As he was Illegally incarcerated under Double Jeopardy And in violation of the Equal protection Act And Feels this sentence should Be vacated. But the Judge would not Allow Defendant to Represent himself because Judge Barton Park County District claims defendants defense was not A legal one. When is it not legal for A competent defendant to Represent himself pro se, And just tell the same truths that Are in All these documents And claims ??

Anyway All that is probably moot At this point As it is now Defendants claim that First he is due credit For All time served in Denver County And mistaken Release From custody At no Fault of his own to Reflect A continuous sentence From the date of conviction 3/15/2001 until Rearrest And induction into Dept of corrections on

**Page # 8**

# Explanation 1, a.

7/31/2002 which would Be 16 months and 16 days, As defendant WAS sentenced to the new sentence of 1 year with credit now At 574 or 495 either one, And defendants Parole hearing WAS Finalized on 1/8/07 his Parole WAS Revoked And he Recieved 3 years Parole to be served All credits due must be Applied to the original 3 years mandatory PArole As defendants Sentence had Already Been exausted. Therefore the PArole hearing officer gave defendant credit For All time served on this sentence towArd his origANal Parole Therefore with 495 or 574 days to date time served on defendANts Parole and the credit For 16 months And 16 days Post Sentence confinement And Time At liberty credits more than exausts defendANts original mANdAtory Parole Nullifing the PArole hold By Colorado dept of corrections And Should effect AN immediate Release order And AN AffirmATion of this

**Page # 9**

# Explanation 1, a.

Habeus corpus ReQuest. Also it is
defendants contention that he is entitled
to Good time credits to be applied to All
incarceration on this the Jefferson county case
For All time incarcerated For pre sentence
And post sentence confinement in
Denver And Jefferson county.
As All these credits will more than likely
Quash the 12 months parole on the new
charge Also because As your esteemed
Honors can see by the mittimi this
sentence is Also more than exausted. I
Again claim that I Am Illegally incarcerated
at this time and should Be Released
impromptu. ~~Possibly~~ I contend According
to Justice Neighbors that because defendants
sentence was served in Denver county Jail
defendant lacked Any possible Rehabilitative programs
And the disparity in calculating good time credits
to be Awarded to his sentence due to different

**Page #** _10_

# Explanation 1, a.

types of correctional systems seriously Affected
defendants parole elgibility thereby violating his
constitutional Rights and Equal Protection
Chavez V. People.

Lastly it is my contention that according
to People V. Battle A concurrent county
Jail sentence cannot be served before a
Previously imposed Felony Prison sentence And
According to the opinion of Justice Quinn
And People VS. Green since misdemeanor sentences
cannot be served consecutively to Previously
imposed Prison sentences it in effect makes
defendants total Department of Corrections
Sentence Illegal Double Jeopardy which in
Turn Again makes the new charges, New
Conviction And new Sentence Illegal
As the charges stemmed From an Illegal
Sentence therefore Defendant is entitled
to "All" incarceration in Denver county
Jail even Pre sentence conviction time

**Page #  11**

# Explanation 1, a.

MEANING the total of time served
From his arrest in Jefferson County
on 8/4/2000 untill today or
(to date) 1/18/2007 Plus Good time
Minus Good time For time At Liberty
And Minus 113 days Already Awarded
By Jefferson County. Again I Request
your esteemed Honors set Aside And
VACate the New Sentence Charges And
conviction under eQual Protection And
That I Be AWarded no less than $50.00
A day And No more than $300.00 Per day
for All Illegal incarceration and My
immediate Release. Thank you For your
careful consideration in this matter

Sincerely

1/18/07       michael Ratchford

michael Ratchford

## Page # 12

# _Statement OF Witness And/or Affidavit_

## TO A JUDGE

Writ of Habeas Corpus ad testificandum

## AND/OR

Writ of Habeas Corpus ad respondendum

(1) That my opening letter And All information in my personal statement And Explanation 1.A. is true And competent to the Best of my Knowledge..

## Declaration Under Penalty 0f Perjury

I declare under penalty of Perjury that I am the testificandum and/or respondendum in this actions, that I have read this Complaint see 28 U.S.C.§ 1746; 18 U.S.C,§ 1621

Executed on __/ / /6 / 2007__ Statement From _Michael Reaves_
(Date)                              Prisoner's Original Signature

# AFFIDAVIT

**Testimony Of** _Michael Ratchford_

{1} I _Michael Ratchford_ affiant, am a _48_ yr. old _male_
Residing at the Park County Detention Facility from ___ to ___

_6/9/2005_ | _1-18-2007_

that I have served 574 days here to date.
And Am now Applying for Federal Writ of
HaBeus Corpus And Immediate Release.

_Mich Ratt_ (signature)

---

If executed without the United States "I declare And/or certify" under the penalty of perjury under the
Law of the united states of America that the forgoing is true and correct.

Executed on Date
Dated this __/__ / __18__ / __2007__
Respectfully Submitted

X _Mich Ratt_ (signature)

X _Roger Bunnell_ (signature)

Signature

Official Seal

ROGER BUNNELL
NOTARY
PUBLIC
STATE OF COLORADO

Subscribed and verify before me this
_18_ / _JAN._ 2006 **2007**
By
MY HAND AND OFFICIAL SEAL

Notary Public

X _4/4/10_

My commission expires