Opening Statement of New Application and Filing this day February, 16th 2007 Civil Action No. 07-CV-0026

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2007

GREGORY C. LANGHAM
CLERK

To the Honorable District Court of Colorado, Applicant Michael Ratchford #115706 Prays the court will Accept and Affirm this Habeus Corpus Action and Begs the courts Forgiveness for any improprieties in Filing. The only instructions Applicant Recieved is to Refile on Proper Form 28 U.S.C. §2254 and Resubmitt said Form within 30 days it does not instruct Offender to submitt a copy to all respondents again as he Already did upon original Filing. Defendant could not at this time Afford envelopes or Postage to do so even if instructed. Also as this court will Percieve both copies are hand written as Law Library Access at this Facility is nearly impossible and the Law Librarian here would not make copies of this document or any of my hand written attachments that will be accompanying my request. I'm Absolouty Positive that I would never have been able to obtain copies or envelopes to send this application out in the 30 day time Bar to cure the Nature of this deficiancy. Defendant would File a Prisoner complaint packet but wouldn't be able to obtain copies or envelopes for that action either so that would be another wasted effort. I take it for granted that court has All the other documents **Page # 0.0.0** it needs (I.E.) mittimi Judgement decrees concerning All post conviction Filings and explanation Forms that accompanied Applicants original Filing should be on Record with the Clerk of the court. As I no longer have access to any of those documents After leaving Park County Defendant doesn't even have a copy of this Application. Thank you for your Attention in this Matter Sincerely Michael Ratchford