March 29, 2007

Michael Ratchford
BVCF/EAST/1/NORTH/7
P.O. BOX 2017
Buena Vista, Colorado 81211-2017

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

07-cv-00206-BnB

APR 1 1 2007

GREGORY C. LANGHAM
CLERK

Alfred A. Arraj U.S. Courthouse
C/O:  Clerk of the US District Court for the District of Colorado
901 19th Street
Denver, Colorado 80294

To the Clerk of the Honorable Court:

As I, Defendant Datchford, stated in my opening statement I had to hand write all of my applications due to the lack of sufficient time in the Law Library, No availability or opportunity to use a typewritter and the Law Librarian denied my request to make copies of my §2254 application.

Defendant Ratchford therefore was left without a personal compy for his files. Defendant states at this time that he is without proper information to respond or show cause to the Magistrates references to his Brief. Defendant doesn't know whether the Judge is referring to the Original U.S.C. §1915 packet or the U.S.C. §2254 application.

As I do not have a copy of either of these original documents, I have nothing to refer to. In order to cure the deficiencies he has cited in my immediate action, I will be filing a Motion at this time to dismiss my claim without prejudice. I will be trying to attempt to exhaust my last remedy through the Lower Court. I do need at this time a copy of all my applications, we well as original judgements from the court on all my attempts at due process. Again, I sent you the original client copies as I couldn't make any compies. This would include all statements, explanations, and arguments.

Thank you for your attention in this matter:
Sincerely :

*Michael Ratchford* (signature)
Michael Ratchford