United States:
DISTRICT COURT, IN Denver COUNTY
STATE OF COLORADO
Court Address: Alfred A. Arraj United States courthouse
901 19th St. Denver Co.
80924

Michael James Ratchford

v.

Mark Broddus

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 11 2007
GREGORY C. LANGHAM
CLERK

▲ COURT USE ONLY ▲

Attorney or Party Without Attorney (Name and Address):
Pro-Se Litigant

Case No: 07-cv-00206-BNB
Div. _____ CTRM _____

Motion to Dismiss Habeus Corpus Action

Comes now the Plaintiff <u>Michael James Ratchford</u>, before this Honorable Court in the instant action of Habeus Corpus pensuant to U.S.C. § 2254 under an order to show cause due to deficiancies in his Request, "original".

Concerning a claim of Double Jeopardy, Illegal incarceration, and Ineffectual Assistance of council petitioner believes he may be able to show cause as ordered, but is not sure at this time if he can cure the deficiency

of an existing time bar or exaustion of state Remedies. At the time of his direct Appeal and certiorari was denied offender Ratchford was actually not incarcerated as he had been mistakenly released at no fault of his own and was at large.

Defendants Attorny Mr. Rios or his Appealate Attorny made no known Attempts to contact him and knew absoloutly Nothing about his Appeal, certiorari, or Time concerns of the Supreme Court. He had no contact with his Attorney untill midway through his Reconsideration. At the time offender knew nothing about due process or that it even existed.

After diligent research defendant has come to a limited knowledge of the law, and believes that his Appellate issues wood of held substancial merit if they would ever reached the Supreme court. But as they did not defendant feels this is further indiction that council may have erred in their duties.

As the court itself recognized Pro se litigants pleading should be construed less stringently and as long as the claim is valid it shouldnt matter weather his legal authorities and theories are questionable or his syntax poor. I know I'm missing elements here that that probably need to exist but did find that in Doss v. United states of America that his claim had validity because his request came a short time before he was to be Released and here defendant only knows that with proper calculation or correction of his sentence his time would more than effectively be served.

And this must cause some kind of Double Jeopardy issue or illegal incarceration. At this time petitioner Ratchford #115106 prays the court will kindly grant him a motion to dismiss without prejudice so he can research more deeply into his case and figure out how to cure his deficiencies.

And or back up and exhaust all administrative remedies and exhaust all possible avenues in the state courts before requesting permission to proceed again.

Requesting relief of dismissal without prejudice plaintiff thanks the court for it's indulgence and prompt attention in this matter

Sincerely

Michael Ratchford

Michael Ratchford #115106

April, 6th 2007

Buena Vista
Correctional Facility

Box - 2017
Buena Vista Co.
81211-2017

# Certificate of Mailing

I hereby certify that a copy of the foregoing pleading / document was mailed to

_United States Courthouse_ (defendant(s) or Counsel for defendant(s))

At _901 19th St, Denver CO, 80924_ (address) on _4 / 6_ / 2007

_Michael Ratcliff_
Plaintiff's Original Signature