IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00206-BNB

MICHAEL JAMES RATCHFORD,

    Applicant,

v.

COLORADO DEPT. OF CORRECTIONS,
CHAFFEE COUNTY,
BUENA VISTA CORRECTIONAL FACILITY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 0 2007

GREGORY C. LANGHAM
              CLERK

## ORDER DISMISSING CASE

Applicant Michael James Ratchford initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On March 8, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Ratchford to show cause why the Application should not be denied either as time-barred pursuant to 28 U.S.C. § 2244(d) or for failure to exhaust state court remedies.

On April 11, 2007, Mr. Ratchford, filed a "Motion to Dismiss Habeas Corpus Action" in response to Magistrate Judge Boland's Order to Show Cause. In the Motion, Mr. Ratchford requests that the Court dismiss the instant action without prejudice so that he may research his options and properly exhaust his state court remedies. The Court must construe the Motion liberally because Mr. Ratchford is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Accordingly, the Court will construe the Motion as a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1) and dismiss the action.

Rule 41(a)(1) provides that "an action may be dismissed by the [applicant] without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Respondents in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2$^d$ 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of April 11, 2007. **See Hyde Constr. Co.**, 388 F.2$^d$ at 507. Accordingly, it is

ORDERED that the Response is construed as a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of April 11, 2007, the date Mr. Ratchford filed the Notice in the action. It is

FURTHER ORDERED that judgment is entered in favor of Respondents and against Applicant. It is

FURTHER ORDERED that the Clerk of the Court shall send to Mr. Ratchford a copy of Document No. 3.

DATED at Denver, Colorado, this 19 day of April, 2007.

BY THE COURT:

*[signature]*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.

Michael J. Ratchford
Prisoner No. 115106
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

  I hereby certify that I have mailed a copy of the **ORDER and a copy of Document No. 3 filed on 01/29/02007** to the above-named individuals on 4/20/07

         GREGORY C. LANGHAM, CLERK

         By: _____
            Deputy Clerk